# Schedule A

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | Quanzhou Luojiang Jianxi E-commerce Co., Ltd. | A7QWCRFD6O7HS |
| 2 | guangzhouanchoushangmaoyouxiangongsi | AVI9Y9YARYOVO |
| 3 | fujianshengbosugongchengzixunyouxiangongsi | A2NZIQ3G7V6M8K |
| 4 | heyangye | A4UFUMIW9BOZU |
| 5 | wangsongyouxuan | A2J4NF6ZVO85EE |
| 6 | yuexchenguang | A2VDHQI61GSSNR |
| 7 | Sports sai | A1658UMIDY6DQK |
| 8 | Liuquangang123 | AIS04MA4E6766 |
| 9 | kaifengshixiangfuquqingmingshangmaoyouxiangongsi | A23LM29WJIEEVK |
| 10 | lishananshdg | A3CBZM1YQSRIW0 |
| 11 | MUXINGW | AEL8MY574W9EH |
| 12 | zhoukoukewenshangmaoyouxiang ongsi | A3NBIUZ9D4AZV0 |
| 13 | ooncedsw | A1UH55QQZQR083 |
| 14 | shanhushangmaoy | A3QRQ6XFYEIA9S |
| 15 | TongShanXianShengTieTengShangMaoYouXianGongSi | A2CLC61O2S317Q |
| 16 | yaoxiuyun123 | A1KTP5RCY1TP89 |
| 17 | guangzhoutuobao | A3OKJX9DWQQ5BP |
| 18 | 比得缶贸易 | A2AW1V6NK2FV1R |
| 19 | Zhangchaoichao | ALU0HMC7RFJNX |
| 20 | wnagliping | AA5PNUEFGOEK9 |
| 21 | likeyaoyao | A15EL90HCII7AE |
| 22 | Qiwanghh | A1CZKPUXJ8AI1Z |
| 23 | yechihao | A1VKIDEL0SBIMJ |
| 24 | baoming AS | A3ICMI3W1QVJPD |
| 25 | Liukiang | ABWN1QV3V7PTJ |

| 26 | Chelsey Edit | A2M6OL1IHPCCWG |
|---|---|---|
| 27 | wangbolinDAGE | A156X4YAHKD1YI |
| 28 | yonganshixuenongmaoyiyouxiang ongsi | A145RIQ3W9UDXX |
| 29 | Lyrdian | A26OUVRTDJYP8P |
| 30 | nananshiruiwangkouqiangmenzhe nyouxiangongsi | A2NHVZE8HSPPNH |
| 31 | xinjunSHOP | A3GIN695LFUYS |
| 32 | botairdvd | A11NFFPAT4K26M |
| 33 | AnHuiJinZhaoFangJianZhuLaoWu YouXianGongSi | A3O23WPGBS3SI0 |
| 34 | sanminghuohuozhuangshiyouxian gongsi | A1RBI1SK1GI94B |
| 35 | wenzhoumingyingbaozhuangyouxi angongsi | A3SFV6IZB2DGIU |
| 36 | wenzhoushimushaomaoyiyouxiang ongsi | A3SJA2B9YJ845I |
| 37 | nananshiyuankaishiyeyouxianzere ngongsi | A3UWLWZ0YJ8UXK |
| 38 | chenmingshan115263 | A25OWKKNEV370M |
| 39 | shanxiyihankeJiyouxiangongSi | A2I9A7SBDNUYGG |
| 40 | chenghengfeng | A3FA3GZ4VG03PK |
| 41 | jnximn | A1W4TUC1EYDUB7 |
| 42 | NicFreeWay | A3IK986LBQDJZI |
| 43 | BreatheLite | AXKH9L5ZOL0ND |
| 44 | reeking | A9Z7GEFFFV7RR |
| 45 | longyanshimeilijianongyefazhanyo uxiangongsi | A1F6F3FNJCZALN |
| 46 | leijiankejiyo | A249GNTN0YY5KU |
| 47 | Hometool for ReFiIters | AWF6CFG97ABSW |
| 48 | guangzhouxieqiaoshangmaoyouxi angongsi | A2MMZ0JTLRCCI7 |
| 49 | YUYIXIAODIANAA | AYKF4Q84RXHTK |
| 50 | shanxihuachenranjianshegongche ngyouxiangongsi | A1XN2OTCTNVNPO |
| 51 | wangxiao444 | A1WQEFEY3J3HXF |

| 52 | weiyucun888 | AR6X7RR1GAD39 |
|----|-------------|---------------|
| 53 | Alva Equipment | A1AEWWMI9AAMWH |
| 54 | ouxiaofang168 | A122RYLSD55E6K |
| 55 | huangqihu88 | A3L1NFN2393SB8 |
| 56 | CHTKD | A2UTXUPYEKP0MV |
| 57 | CHENGBANG | ANDYJWR2I43SE |
| 58 | yicemaoyiyouxiangongsi | AAIE01B02KG |
| 59 | HCGGC317 | A58PRHK2AUS1O |